IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JEREMY DEWAYNE TRAMMELL,                    *

          Plaintiff,                    *

v.                                             Case No.   5:24-cv-428-CAR-AGH

                             *

STATE PRISON SYSTEM, et al.,                *

         Defendants.                   *

_____             *

## J U D G M E N T

    Pursuant to this Court's Order dated July 28, 2025, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

    This 28th day of July, 2025.

                    David W. Bunt, Clerk

                    s/ Erin Pettigrew, Deputy Clerk